IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON McCAULEY                                                                    PLAINTIFF

V.                          CASE NO. 6:16-CV-06110

SHERIFF ED HOLLINGSWORTH
and HOT SPRINGS COUNTY JAIL                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 14, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Ford recommends that Plaintiff's claims against Hot Springs County Jail be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Ford's Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against Hot Springs County Jail are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against all other Defendants remain for further resolution.

**IT IS SO ORDERED**, this 14th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge